FILED
LOGGED
ENTERED
RECEIVED

JUL 11 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _BCA_
DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **THOMAS ALSTON**<br>10012 Cedarhollow Lane<br>Largo, MD 20774 | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. **AW 12 CV 2064** |
| | ) **JURY TRIAL DEMANDED** |
| **PROFESSIONAL ACCOUNT**<br>**MANAGEMENT, LLC** | )<br>) |
| **Serve:** CSC-Lawyers Incorporating Service | )<br>) |
| Defendant, | ) |

## COMPLAINT

COMES NOW the Plaintiff, Thomas Alston, (hereafter the "Plaintiff") and for his complaint against the Defendant Professional Account Management, LLC ("PAM") and alleges as follows:

### PRELIMINARY STATEMENT

1.     This is an action for actual and statutory damages, costs and attorney's fees brought pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* (hereinafter "FDCPA").

### JURISDICTION & VENUE

2.     The jurisdiction of this Court is conferred by 15 U.S.C. §1692k(d) and 28 U.S.C. §1367. Venue in this District is proper in that PAM transacts business here and the conduct complained of occurred here.

### PARTIES

3.     The plaintiff is a natural person and resides in Largo, Maryland. He is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

4.      Defendant PAM is a Wisconsin corporation and is a "debt collector" within the meaning of the FDCPA, as defined at 15 U.S.C. §1692a(6). Defendants moreover use one or more instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of debt.

## FACTS

5.      On July 5, 2011 at representative from PAM called Mr. Alston. The PAM representative was calling to speak with Mr. Alston's mother about a personal debt, which meets the definition of a "debt" under 15 U.S.C. §1692a(5).

6.      The PAM representative became very agitated and impatient when Mr. Alston simply tried to identify the representative before answering any inquiries regarding the whereabouts of Ms. Alston. At some point Mr. Alston advised the PAM representative that he did not appreciate her tone and manner in which she speaking to him. She responded by saying "it doesn't matter because I am not calling to speak with you." She refused to identify herself so Mr. Alston suggested that she mail Ms. Alston. She responded by saying "I will keep calling." Mr. Alston asked her a final time where was she calling from and she said she was "with the DC government."

7.      Upon information and belief the PAM representative was not an employee or agent of the District of Columbia government.

## COUNT ONE: VIOLATIONS OF FDCPA

8.      Plaintiff realleges and incorporates paragraphs 1 through 7 above as if fully set out herein.

9.      Defendant PAM violated 15 U.S.C. §1692e(1) by falsely representing or implicating it was affiliated with the District of Columbia government.

10.     Defendant PAM violated 15 U.S.C. §1692d by harassing and/or abusing Plaintiff during phone call attempt to collect a debt.

2

11.	As a result of Defendant's conduct, actions and inactions, the Plaintiff suffered actual damages including without limitation, by example only and as described herein by Plaintiff: fear, anxiety, embarrassment, humiliation and other emotional and mental distress.

12.	Defendant's conduct was the proximate cause of Plaintiff's injuries, rendering Defendant liable for actual damages in an amount to be determined by the jury pursuant to 15 U.S.C. §1692k(a)(1), statutory damages pursuant to 15 U.S.C. §1692k(a)(2)(A), and reasonable attorney's fees pursuant to 15 U.S.C. §1692k(a)(3).

WHEREFORE, your Plaintiff demands judgment for statutory and actual damages Professional Account Management, Llc; for his attorneys' fees and costs; for prejudgment and post-judgment interest at the legal rate, and such other relief as the Court deems just, equitable and proper.

**TRIAL BY JURY IS DEMANDED.**

**THOMAS ALSTON**

By _____

Thomas Alston
10012 Cedarhollow Lane
Largo, MD 20774
(240) 432-0927
*Pro Se*