**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| THOMAS ALSTON, | |
| Plaintiff, | |
| v. | Civil Action No. 8:12-cv-02065-AW |
| CAVALRY PORTFOLIO SERVICES, LLC et al., | Related Actions: |
| Defendants. | 12-1708-AW |
| | 12-2064-AW |
| | 12-1819-AW |

## ORDER

Pro se Plaintiff Thomas Alston appears to be a frequent flyer in the District of Maryland. "Alston has filed numerous cases in this [District] alleging similar causes of action against multiple defendants in which the Court has granted motions for him to proceed without prepaying fees or costs." *Alston v. ER Solutions, Inc.*, 8:12-cv-02542-RWT (collecting cases). Including the instant action, Alston has filed three such cases before this Court.

In *ER Solutions*, Judge Titus noted that Alston has represented that he has obtained income in the past twelve months from a settlement in a court case. Judge Titus further noted that Alston has represented that the terms of said settlement agreement prohibit him from disclosing the settlement amount. Accordingly, given the considerable number of cases Alston has filed in

1

the District, Judge Titus declined to rule on his motion for leave to proceed in forma pauperis without first gaining a clearer picture of his financial status.

Now that this Court is on alert that Alston has filed multiple pro se cases in this District and may have settled some of these cases, it is advisable for the Court to ascertain the extent and amounts of these settlements before permitting him to continue proceeding in these cases without paying the appropriate filing fee. Therefore, in light of Judge Titus's order, and depending on subsequent developments, this Court may reconsider its earlier decisions granting Alston's motions to proceed in forma pauperis.

Accordingly, IT IS this **31st day of August, 2012**, by the U.S. District Court for the District of Maryland, hereby **ORDERED**:

1. That, in addition to the instant case, the Clerk of the Court docket this Order in the above-captioned related cases; and

2. That the Clerk of the Court transmit a copy of this Order to all counsel of record and mail a copy to pro se Plaintiff.

|  |  |
|---|---|
| August 31, 2012 | /s/ |
| Date | Alexander Williams, Jr.<br>United States District Judge |